1  **WILLIAMS & CONNOLLY LLP**
   Brendan V. Sullivan, Jr. (admitted *Pro Hac Vice*)
2  **E-mail:** bsullivan@wc.com
   William R. Murray, Jr. (admitted *Pro Hac Vice*)
3  **E-mail:** bmurray@wc.com
   Steven M. Cady (admitted *Pro Hac Vice*)
4  **E-mail:** scady@wc.com
   725 Twelfth Street, N.W.
5  Washington, D.C. 20005-5901
   Telephone: (202) 434-5000
6  Facsimile: (202) 434-5029

7  **MANATT, PHELPS & PHILLIPS, LLP**
8  John M. LeBlanc (SBN 155842)
   **E-mail:** JLeBlanc@manatt.com
9  Ileana M. Hernandez (SBN 198906)
   **E-mail:** IHernandez@manatt.com
10 Michael C. Godino (SBN 274755)
   **E-mail:** MGodino@manatt.com
11 11355 W. Olympic Blvd
   Los Angeles, California 90064
12 Telephone: (310) 312-4228
   Facsimile: (310) 914-5855

13 *Attorneys for Defendants*

14

15                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  OHAD BARKAN, Individually and on behalf of all others similarly situated, | Case No.: 2:18-cv-06691-MWF-AS |
| 19  Plaintiff, | **DEFENDANTS' MOTION TO COMPEL BILATERAL ARBITRATION** |
| 20  v. | Motion Hearing: |
| 21  HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE CO., MANAGED HEALTH NETWORK, INC., HEALTH NET, INC., and CENTENE CORP., | Judge: Hon. Michael W. Fitzgerald  Date: October 22, 2018  Time: 10:00AM |
| 24  Defendants. | |

25
26
27
28

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Health Net of California, Inc., Health Net Life Insurance Co., Managed Health Network, Inc., Health Net, Inc., and Centene Corp. hereby respectfully move this Court to compel bilateral arbitration between Plaintiff and Defendants.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities and proposed order, the pleadings and papers on file and hereafter filed, and upon such other matters as may be presented to the Court before or at the time of the hearing on the motion.  This motion is made following a telephonic conference of counsel pursuant to Local Rule 7-3, which took place on August 31, 2018, and which the parties agree constituted a sufficient conference under the rule.  Counsel were unable to reach agreement to avoid the need for this motion.

Dated:  September 7, 2018                    Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:  */s/ Steven M. Cady*
Brendan V. Sullivan, Jr.
(admitted *Pro Hac Vice*)
**E-mail:**  bsullivan@wc.com
William R. Murray, Jr.
(admitted *Pro Hac Vice*)
**E-mail:**  bmurray@wc.com
Steven M. Cady
(admitted *Pro Hac Vice*)
**E-mail:**  scady@wc.com
725 Twelfth Street, N.W.
Washington, DC  20005-5901
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029

**MANATT, PHELPS & PHILLIPS, LLP**
John M. LeBlanc (SBN 155842)
**E-mail:**  JLeBlanc@manatt.com
Ileana M. Hernandez (SBN 198906)
**E-mail:**  IHernandez@manatt.com

|     |     |
| --- | --- |
| 1   | Michael C. Godino (SBN 274755)<br>**E-mail:** MGodino@manatt.com<br>11355 W. Olympic Blvd<br>Los Angeles, CA  90064<br>Telephone:  (310) 312-4228<br>Facsimile:   (310) 914-5855 |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |
| 10  |     |
| 11  |     |
| 12  |     |
| 13  |     |
| 14  |     |
| 15  |     |
| 16  |     |
| 17  |     |
| 18  |     |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |